IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GREG LIONBERGER**                                    **PLAINTIFF**

**V.**                                 **CAUSE NO:1:06-cv-00678-LG-RHW**

**PHONG HO and ALLSTATE INSURANCE**
**COMPANY**                                    **DEFENDANTS**

## ORDER

THIS MATTER, having come before the Court on Motion of the Plaintiff, Greg Lionberger, and being advised of the premises of the Motion, is of the opinion that the Motion is well-founded and should be granted. Therefore, it is

ORDERED AND ADJUDGED that this cause, as to the claims of the Plaintiff, is hereby dismissed without prejudice as to all Defendants in this matter. All Defendants are hereby dismissed without prejudice from this cause as to Plaintiff. Further, it is

ORDERED AND ADJUDGED that all parties will bear their respective costs.

SO ORDERED AND ADJUDGED, this 3rd day of August, 2006.

                                               s/ *Robert H. Walker*
                                               UNITED STATES MAGISTRATE JUDGE